Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  16−13254−KCF
          Chapter:  13
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Cecilia L Hancock                                   Albert L Hancock III
  832 Bunker Hill Avenue                      832 Bunker Hill Avenue
  Lawrence Township, NJ 08648          Lawrence Township, NJ 08648

Social Security No.:
  xxx−xx−6265                                        xxx−xx−3602

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 25, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 25, 2017
JAN: dmi

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Cecilia L Hancock
Albert L Hancock, III
    Debtors

Case No. 16-13254-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3      Date Rcvd: May 25, 2017
                     Form ID: 148      Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.

```
db/jdb         +Cecilia L Hancock,    Albert L Hancock, III,    832 Bunker Hill Avenue,
                 Lawrence Township, NJ 08648-4002
cr             +Selene Finance LP as servicing agent for U.S. Nati,    Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
516015342     #+A-1 Collection,    Re: Capital Health System,    101 Grovers Mill Rd,
                 Lawrenceville, NJ 08648-4706
516015344      +Allied Interstate,    Re: Verizon,    3000 Corporate Exchange Drive,    5th floor,
                 Columbus, OH 43231-7689
516015345      +Brighter Dental Care,    46 Vreeland Drive,    Suite 6,    Skillman, NJ 08558-2638
516015346      +Bronson Cawley & Bergmann,    Re: Midland Funding; GEMB,    415 Lawrence Bell Drive,
                 Williamsville, NY 14221-7805
516015347      +Capital Health Systems,    750 Brunswick Avenue,    Attn: Patient Accounts,
                 Trenton, NJ 08638-4143
516015353      +Citifinancial,    605 Munn Road E,    Fort Mill, SC 29715-8421
516015354      +Client Services, Inc.,    Re: Sears/Citi,    3451 Harry Truman Blvd,
                 Saint Charles, MO 63301-4047
516015355      +Collection Bureau of America,    Re: DS Waters of North America,    25954 Eden Landing Road,
                 1st floor,    Hayward, CA 94545-3816
516015361      +EOS CCA,    Re: Verizon Wireless,    700 Longwater Drive,    Norwell, MA 02061-1624
516015363      +Federman & Phelan,    Re: Shellpointe/Bank of America,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516015373      +Midland Credit Mngmt,    Re: Credit One,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
516015372      +Midland Credit Mngmt,    Re: GEMB; Credit One,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
516252645      +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
516015374      +National Credit Managers,    Re: World Keimyung Taekwondo,    PO Box 140925,
                 Orlando, FL 32814-0925
516015375      +Nationwide Credit,    Re: GEMB/JC Penney,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516119232       OWS REMIC Trust 2013-2,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516304356      +OWS REMIC Trust 2013-2 c/o,    Selene Finance- Att.Cashiering,    9990 Richmond Ave.,
                 Suite 400 South,,    Houston, TX 77042,    OWS REMIC Trust 2013-2 c/o 77042-4546
516015383      +Pressler & Pressler,    Re: Midland Funding; DC 26-16,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516015381      +Pressler & Pressler,    Re: Midland Funding; DC 5824-10,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516015382      +Pressler & Pressler,    Re: Midland Funding; DC 9222-10,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516015380      +Pressler & Pressler,    Re: Midland Funding; DC 9521-10,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516015384      +Progressive Financial,    PO Box 22083,    Re: Kohls,    Tempe, AZ 85285-2083
516015387     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of NJ- Division of Taxation,    CN 245,    Trenton, NJ 08646)
516015385      +Scott Schaffer, DMD,    77 Valley Road,    Clark, NJ 07066-1811
516015386      +Shellpoint,    55 Beattie Pl, Ste 110,    Greenville, SC 29601-5115
516015389      +U.S Home Medical Equipment,    5 Lebanon Drive,    Brielle, NJ 08730-1548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 22:42:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 22:42:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516015343      +EDI: AFNIRECOVERY.COM May 25 2017 22:28:00      Afni,    PO Box 3427,    Re: Verizon,
                 Bloomington, IL 61702-3427
516015350       EDI: CAPITALONE.COM May 25 2017 22:28:00      Capital One Services,    15000 Capital One Drive,
                 Richmond, VA 23238
516170398       EDI: BL-BECKET.COM May 25 2017 22:28:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN, PA 19355-0701
516015349      +EDI: CAPITALONE.COM May 25 2017 22:28:00      Capital One,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
516015348      +EDI: CAPITALONE.COM May 25 2017 22:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516015351      +EDI: CHASE.COM May 25 2017 22:28:00      Chase Bank USA,    800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
516015352      +EDI: SEARS.COM May 25 2017 22:28:00      Citibank (Sears),    PO Box 6500,
                 Sioux Falls, SD 57117-6500
516015356      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 25 2017 22:42:35     Comcast,
                 1 Comcast Center,    Philadelphia, PA 19103-2899
516015357      +EDI: WFNNB.COM May 25 2017 22:28:00      Comenity Capital,    PO Box 182120,
                 Columbus, OH 43218-2120
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: May 25, 2017
                              Form ID: 148             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516015358     +EDI: CCS.COM May 25 2017 22:28:00      Credit Collection Services,   Re:  Comcast,
               Two Wells Avenue,    Newton Center, MA 02459-3225
516015359     +EDI: RCSFNBMARIN.COM May 25 2017 22:28:00      Credit One Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
516015360      EDI: RCSDELL.COM May 25 2017 22:28:00      Dell,   PO Box 4125,   Carol Stream, IL 60197
516015362     +EDI: TSYS2.COM May 25 2017 22:28:00      FDS Bank/DSNB/Macys,   9111 Duke Blvd,
               Mason, OH 45040-8999
516015364      EDI: RMSC.COM May 25 2017 22:28:00      GEMB,   PO Box 103024,   Roswell, GA 30076
516015365     +EDI: RMSC.COM May 25 2017 22:28:00      GEMB/GAP,   PO Box 103104,   Roswell, GA 30076-9104
516015366     +EDI: RMSC.COM May 25 2017 22:28:00      GEMB/JC Penney,   PO Box 981400,
               El Paso, TX 79998-1400
516015367     +EDI: RMSC.COM May 25 2017 22:28:00      GEMB/Loc,   PO Box 981400,   El Paso, TX 79998-1400
516015368     +EDI: RMSC.COM May 25 2017 22:28:00      GEMB/Old Navy,   PO Box 981400,   El Paso, TX 79998-1400
516015369     +EDI: CITICORP.COM May 25 2017 22:28:00      Home Depot/Citibank,   PO Box 6500,
               Sioux Falls, SD 57117-6500
516015370     +EDI: CBSKOHLS.COM May 25 2017 22:28:00      Kohls,   PO Box 2983,   Milwaukee, WI 53201-2983
516015371      EDI: MERRICKBANK.COM May 25 2017 22:28:00      Merrick Bank,   PO Box 5721,
               Hicksville, NY 11802
516015377      EDI: PRA.COM May 25 2017 22:28:00      Portfolio Recovery Associates,   Re:  Citifinancial,
               120 Corporate Blvd,   Ste 1,   Norfolk, VA 23502
516015379      EDI: PRA.COM May 25 2017 22:28:00      Portfolio Recovery Associates,
               Re:  Citifinancial; Citibank; WFNNB,   120 Corporate Blvd,   Ste 1,   Norfolk, VA 23502
516015378      EDI: PRA.COM May 25 2017 22:28:00      Portfolio Recovery Associates,   Re:  Home Depot; Citi,
               120 Corporate Blvd,   Ste 1,   Norfolk, VA 23502
516214349      EDI: PRA.COM May 25 2017 22:28:00      Portfolio Recovery Associates, LLC,   c/o THE HOME DEPOT,
               POB 41067,   Norfolk VA 23541
516015376     +E-mail/Text: ebn@vativrecovery.com May 25 2017 22:41:49      Palisades Collection,
               Re:  Verizon,   210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2510
516159980      EDI: Q3G.COM May 25 2017 22:28:00      Quantum3 Group LLC as agent for,
               Absolute Resolutions Corp,   PO Box 788,   Kirkland, WA  98083-0788
516015388     +EDI: RMSC.COM May 25 2017 22:28:00      SYNCB,   PO Box 965005,   Orlando, FL 32896-5005
516015390     +EDI: VERIZONEAST.COM May 25 2017 22:28:00      Verizon NJ,   500 Technology Drive,
               Weldon Spring, MO 63304-2225
516015391     +EDI: VERIZONWIRE.COM May 25 2017 22:28:00      Verizon Wireless,   PO Box 26055,
               Minneapolis, MN 55426-0055
516015392     +EDI: WFNNB.COM May 25 2017 22:28:00      WFNNB/Victorias Secret (Comenity),   PO Box 659705,
               San Antonio, TX 78265-9705
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516146323*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Department of Treasury,
                Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: May 25, 2017
                              Form ID: 148             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Selene Finance LP as servicing agent for U.S. National
          Bank Association, not in its individual capacity but solely as Trustee on behalf of OWS REMIC
          Trust 2013-2 Non-Trustee State: U.S. National Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicing agent for U.S.
          National Bank Association, not in its individual capacity but solely as Trustee on behalf of OWS
          REMIC Trust 2013-2 Non-Trustee State: U.S. National Bank cmecf@sternlav.com
          John    Zimnis    on behalf of Joint Debtor Albert L Hancock, III njbankruptcylaw@aol.com.
          John    Zimnis    on behalf of Debtor Cecilia L Hancock njbankruptcylaw@aol.com
          TOTAL: 7